United States District Court
For the District of Columbia
Civil Division

pro. se.

Albert Earle Smith, Jr.,
DCDC 160-733
Fed. Reg. 29364-117
Fed. Reg. 00111-000
1901 E Street S.E.
Washington, D.C. 20003

Petitioner

V.

Fred Figueroa, Warden
1901 E Street S.E.
Washington, D.C. 20003

and

C. Mitchell, U.S. Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815

Respondents

CASE NUMBER 1:05CV01546
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 07/29/2005

FILED
JUL 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JUL 18 2005

Petition for Writ of Habeas Corpus Pursuant
to 28 U.S.C. 2241 (c) (3) and 28 USC §
2241. And 42 U.S.C. §2241

History

(1)

1

Petitioner Smith avers that both the District of Columbia Government and the United States Government, have seperately and Collectively, mis-computated petitioner's sentences to unlawful durations that is unconstitutional to deprive the petitioner of fair and equal treatment over a span of 30 years.

### ~~Disparity~~ Disparity of Treatment

The petitioner was sentenced to the custody of the United States Attorney General, and at no time did the sentencing court inform the petitioner that his sentence would exceed the period imposed by the Court. Here, the Respondents, previously mentioned, have/had both monipulated the petitioner's sentence, akin to illegal slavery significantly against the Public interest and for purposes primarily to support operations of the U.S. Commission whom existence depends upon Proliferation of imprisonment of individuals. Equally demonstrated under prior D.C. Board of Parole.

### Constitutional Violation

No Court in the United States has/had granted the U.S. Parole Commission the authority to extend/expand the petitioner's ~~sentence~~ sentences for over 30 years; and, especially not the respondents, mentioned. Yet, the U.S. Parole Commission, the local and Federal Government, had/have all established their own rules of law and Regulations which ~~~~ unconstitutionally fail to give

(2)

the petitioner proper credit for time served under the custody of the U.S. Attorney General whereas at no time since petitioner was first sentenced by the Court of General Sessions on up for over 30 years, that petitioner "has not" been under the care and custody of the U.S. Attorney General. Yet still, petitioner has not received credit as akin to slavery, imposed by the U.S. Government and D.C. Government.

### Unlawful Confinement

Petitioner had/has always, had a lawful, legal and constitutional right to the correct computations of his sentences, and the lawful, legal and constitutional right to know, with accuracy, the correct dates for expiration. Were the petitioner's sentence structures have been changed so often, that prison officials cannot formulate a correct computation with jail credit and institutional good time credit. Thus the petitioner has suffered repeated frustrations because the courts cannot enforce policy through court order to ensure that the petitioner can will receive all "credit" due petitioner for custody while under the United States Attorney General.

### False Imprisonment

Petitioner has been under the custody of the United States Attorney General on several occasions, priorly and currently, by and through sentencing of the Courts of the local and United States. However petitioner has not received credit for all time spent under the custody of the U.S. Attorney General as result of practices similar to slavery. Whereby a slave was told he would be released on this date, but his master would effect a date and/or system to keep him in

(3)

slavery beyond date first established. Here, the court established the dates for petitioner's sentences to begin and, established end dates, yet, the Governments mentioned, and Respondent Commission mentioned, have/none extended those dates without ~~just cause~~ due process.

### Release Warranted

Petitioner's treatment amounted to cruel and unusual punishment, which violate his constitutional rights against unreasonable harassment, intimidation, retaliation, and mal-treatments, significantly, the petitioner has been victimized by a corrupt system, that was deliberately indifferent to his ~~constitutional~~ constitutional rights.

### Relief Sought

1. Court order of Show Cause to Respondents
2. Court order for Evidentiary Hearing
3. Court order for Appointment of Counsel
4. Court order Issuing Habeas Corpus for Release of Petitioner
5. Court order issued Habeas Corpus
6. Court order granting Declaratory Judgment
7. Court order for any/all other relief Deemed just and appropriate

Respectfully, the petitioner request this Court to

(4)

not judge said motion on its style and/or mistakes. But rather, this court is prayed to judge said motion on any such merit, if indeed any merit exist, prior to making a decision. The petitioner contends that the issues presented are of the greatest importance and as such, said issues needs the courts immediate attention, intervention, handling and expertise. Petitioner request the court to grant the requested relief. Petitioner contends that for this court to do anything less would be as to blast one of the support columns of Justice by law!!

Respectfully Submitted
Albert E. Pruitt
DCDC 160-733  1901 E Street
S.E. Wash, D.C.
20003

### Certification of Service

I certify that I have served a true and correct copy of the instant Petition To Writ of Habeas Corpus to the Clerk of The Court, Civil Division, U.S. District Court for the District of Columbia this _____ day of _____ 2005

Respectfully

(5)