UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERT EARLE SMITH, JR.,       )
                               )
        Petitioner,            )
                               )
    v.                         )   Civil Action No.   05 1546
                               )
FRED FIGUEROA, et al.,         )
                               )
        Respondents.           )

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

On this __6th__ day of __August__ 2005, it is hereby ORDERED that the Respondents, by counsel, shall ~~within~~ by Sept 30, 2005 ~~days of service of a copy of this Order and the Petition herein~~ file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted. It is

FURTHER ORDERED that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Petitioner's custodian, the named Respondents, the Attorney General, and the United States Attorney for the District of Columbia.

SO ORDERED.

_____
United States District Judge