UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT EARLE SMITH, JR., : | |
| : | |
| PETITIONER, : | |
| : | |
| v. : | Civil Action No.: 05-1546 (CKK) |
| FRED FIGUEROA, <u>et. al.</u>, : | |
| : | |
| RESPONDENTS. : | |

**RESPONDENT FRED FIGUEROA'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Respondent Fred Figueroa, by and through counsel, files this response[1] to the August 6, 2005, Order to Show Cause, and states as follows:

**PRELIMINARY STATEMENT**

On July 29, 2005, Petitioner filed a Petition for a Writ of Habeas Corpus against Respondent Fred Figueroa, who was the Warden of the D.C. Jail. Petitioner was incarcerated at D.C. Jail and appeared to be contesting the calculation of his sentence. Petitioner was subsequently transferred into Federal custody and is currently incarcerated at a Bureau of Prisons facility in Winton, NC. Respondent Fred Figueroa accordingly argues that he is not a proper party respondent, and that this Court lacks jurisdiction over Petitioner's claims.

**ARGUMENT**

A.   <u>Fred Figueroa is Not A Proper Party Respondent.</u>

The petitioner is currently incarcerated at a Federal facility in Winton, NC, operated by the Federal Bureau of Prisons. As such, Fred Figueroa is not the proper respondent because he neither has custody nor control of the petitioner, and therefore cannot address the petitioner's claims or provide the relief sought in the petition. *See* <u>United States v. Wardell Crockett,</u> 861

---

1 Petitioner has also filed this action against the United States, who is represented by the U.S. Attorney's Office.

A.2d 604 (D.C. 2004), holding the proper party in a habeas action is the warden who has custody over petitioner. Therefore, Fred Figueroa would defer to the federal government on this matter. The Office of the United States Attorney, on behalf of the Federal Bureau of Prisons, should address the merits of petitioner's claims.

      B.      <u>This Court Lacks Jurisdiction Over Petitioner's Petition.</u>

The Court of Appeals has held that there is no jurisdiction for the Court to entertain a writ for persons outside the District. *See* <u>I.B. v. District of Columbia Dep't of Human Resources</u>, 287 A.2d 827 (D.C. 1972). The Court reiterated this position in <u>Alston v. United States</u>, 590 A.2d 511, 514-515 (D.C. 1991), holding that the "District of Columbia Courts may grant habeas corpus relief <u>only</u> for prisoners incarcerated within the District or in the District of Columbia correctional facilities." Moreover, "[a] court may not grant such relief unless it had personal jurisdiction over the custodian of the prisoner." <u>Id.</u> (citations omitted). This conclusion is based upon the District's habeas statute, which provides that "[a] person committed, detained, confined or restrained from his lawful liberty <u>within the District</u>...may apply...for a writ of habeas corpus..." See D.C. Official Code § 16-1901 (2001 ed.) (emphasis supplied). Therefore, since petitioner is incarcerated in North Carolina at a Federal facility this Court has no jurisdiction over this matter.

WHEREFORE, for all of the reasons set forth herein, the petition should be summarily dismissed.

                                          Respectfully submitted,

                                          ROBERT J. SPAGNOLETTI
                                          Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General, Civil Litigation Division

\_\\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV


\_\\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295


CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, a copy of the foregoing Response to the Court's Order to Show Cause was mailed postage prepaid to:

Mr. Albert Earle Smith, Jr.
Fed. Reg. No.: 00111-000
CI Rivers
Correctional Institution
P.O. Box 630
Winton, NC 27986


\_\\s\_____
Michael P. Bruckheim
Assistant Attorney General

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALBERT EARLE SMITH, JR., : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No.: 05-1546 (CKK) |
| FRED FIGUEROA, <u>et. al.</u>, : | |
| : | |
| Respondents. : | |

## **ORDER**

Upon consideration of the petition for writ of habeas corpus, the response thereto and the record herein, it is by the Court this _____ day of _____, 200__,

ORDERED: That the Petition for Writ of Habeas Corpus shall be and the same is hereby dismissed as to respondent Fred Figueroa; and it is,

FURTHER ORDERED: That the Court's August 6, 2005, Order to Show Cause shall be and the same is discharged as to Respondent Fred Figueroa.

_____
JUDGE KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

cc: Michael P. Bruckheim
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

Mr. Albert Earle Smith, Jr.
Fed. Reg. No.: 00111-000
CI Rivers
Correctional Institution
P.O. Box 630
Winton, NC 27986