UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALBERT EARLE SMITH** | : | Civil Action No. 05-1546 (CKK) |
| | : | |
| v. | : | Hon. Colleen Kollar-Kotelley |
| | : | |
| **UNITED STATES PAROLE** | : | |
| **COMMISSION, et al.,** | : | |
| | : | |

### GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO PETITIONER'S *PRO SE* PETITION FOR A WRIT OF *HABEAS CORPUS*

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time to file its response to petitioner's *pro se* Petition for Writ of *Habeas Corpus*. As grounds for this request the United States submits the following:

1. On July 29, 2005, defendant's *pro se* Petition for Writ of *Habeas Corpus* was received in the U.S. District Court for the District of Columbia. On August 6, 2005, the Court ordered that the government file its response by September 30, 2005. On September 30, 2005, the government's counsel made numerous attempts to file its response to petitioner's petition through the Court's electronic filing system; however, government counsel was unable to do so due to the technical difficulties she experienced on the date of filing.

2. On October 3, 2005, after government counsel discussed the matter with a member of the Court's clerk's office, government counsel is able to file the response that it was attempting to file on September 30, 2005. Accordingly, the United States would request an extension of time to Monday, October 3, 2005, to file its response to petitioner's Petition for a Writ of *Habeas*

*Corpus*.

WHEREFORE the United States respectfully requests an extension of time, until October 3, 2005, to file its response to petitioner's Petition for a Writ of *Habeas Corpus*. A proposed Order is attached.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney

    ROBERT D. OKUN
    Chief, Special Proceedings Section
    Assistant United States Attorney

    _____
    TRICIA D. FRANCIS
    Assistant United States Attorney
    Room 10-447
    555 4th Street, N.W.
    Washington, D.C. 20530
    202-353-9870

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that on this 30th day of September, 2005, a copy of the foregoing pleading was served via U.S. mail on Petitioner Albert Earle Smith, *pro se*, postage prepaid, at the following address:

Albert Earle Smith
1901 D St., SE
Washington, DC 20003

    _____
    ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALBERT EARLE SMITH** | : | Civil Action No. 05-1546 (CKK) |
| | : | |
| v. | : | Hon. Colleen Kollar-Kotelley |
| | : | |
| **UNITED STATES PAROLE COMMISSION, et al.,** | : | |
| _____ | : | |

### ORDER

Upon consideration of the government's Motion for Extension of Time For Filing Its Response to Petitioner's *Pro Se* Petition for Writ of *Habeas Corpus*, it is hereby

ORDERED that the government's motion is granted.

_____     _____
DATE                                                              HON. COLLEEN KOLLAR-KOTELLEY
                                                                            U.S. DISTRICT COURT
                                                                            DISTRICT OF COLUMBIA

cc:

Tricia D. Francis
Assistant United States Attorney
555 4th Street, N.W.
Room 10-447
Washington, D.C. 20530

Albert E. Smith
1901 D Street, S.E.
Washington, D.C. 20003

Case 1:05-cv-01546-CKK    Document 9    Filed 10/03/2005    Page 4 of 4