# EXHIBIT ONE

FORM 19 DCDC 7-70





## DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS
## FACE SHEET No. 2

Date
Prepared
June 24, 1982
(Mo., Da., Yr.)

| DCDC Number | Name (Last, First, Middle) | | Race | Sex |
|---|---|---|---|---|
| 160733 | SMITH, ALBERT E. JR | | N | M |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | | 1-4-50 | |

Total Sentence: 7/21 Years

| | | | |
|---|---|---|---|
| **Offense** | Burg II w/Armed | Armed Robbery (2) | |
| **Case Number** | F 4096-80 B | F 4096-80C,D. | |
| **Sentence (Yrs., Mos., Days)** | 7/21 Yrs Consec | 7/21 Yrs ea Conc. | |
| **Warrant Executed / Sentence Begins (Mo., Da., Yr.)** *9-24-81 | 6-19-81 | 6-19-81 | |
| **Full Term Date (Mo., Da., Yr.)** | 9-23-2002 | | |
| **Short Term / M.R. Date (Mo., Da., Yr.)** | 10-30-95 | | |
| **Parole Eligibility Date (Mo., Da., Yr.)** | 9-24-88 | | |
| **Max. Supervision Date (Mo., Da., Yr.)** | 3-27-2002 | | |
| **Statutory Good Time Rate / Month** | 2520 | | |
| **Plea** | NG | NG | |
| **Committing Judge** | HANNON | | |
| **Defense Attorney** | | | |
| **Initialed By:** | CHI | | |

### DETAINERS

| Date Filed | For | Action |
|---|---|---|
| | | |
| | | |
| | | |

### CONDUCT CREDITS

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### JAIL CREDIT DATES

| From and Including | To and Including |
|---|---|
| | |

### REMARKS

No Cases Pending.
*NOTE Paroled from PV backuptime to
Consecutive Sentence.