# EXHIBIT 10

Case 1:05-cv-01546-CKK  Document 9-4  Filed 10/03/2005  Page 1 of 3

**Court Services and Offender Supervision Agency**
**for the District of Columbia**
*Community Supervision Services*
*Northeast Field Unit GSU VII – Team #4*

MEMORANDUM TO: Board Members          DATE: April 12, 2000

FROM: Kisha C. Patterson    P91        PAROLE UNIT # GSU VII
         Parole Officer

SUBJECT:  REPORT OF ALLEGED VIOLATION(S)         [ ] UPDATE

RE: Smith, Albert E.        160-733      221-120      570471G
    Client's Name           DCDC #       PDID #       FBI #

ACTION RECOMMENDED:  [X] Warrant   [ ] OAR   [ ] OAPC   [ ] PA

                     Other: _____

Mr. Albert E. Smith was sentenced on 4/14/72 to 2-6 years for Burglary II and on 9/24/81 to 7-21 years for Armed Robbery (2cts). He was mandatory released to parole on 9/28/98, with a scheduled full term date of 3/27/2002. He has no special conditions imposed on him by the Board of Parole.

Mr. Smith is in violation of the following parole conditions:

**Allegation #1 – Illeg Used Narcotic Drug 0405**
Mr. Smith illegally used a narcotic drug, heroin, on or about 3/20/00 and 3/22/00 in violation of parole condition #4 as evidenced by Weekly Urine Test Result Reports from the SAINT/HIDTA Unit.

**Allegation #2 – Illeg Used Control-Danger Substance 0406**
Mr. Smith illegally used a controlled dangerous substance, marijuana, on or about 2/1/00, 2/10/00, 3/20/00 and 3/22/00 in violation of parole condition #4 as evidenced by B&W Stat Lab Reports and Weekly Urine Test Result Reports from the SAINT/HIDTA Unit.

**Allegation #3 – Illeg Used Control-Danger Substance 0406**
Mr. Smith illegally used a controlled dangerous substance, cocaine, on or about 2/1/00, 2/10/00, 3/13/00, 3/20/00 and 3/22/00 in violation of parole condition #4 as evidenced by B&W Stat Lab Reports and Weekly Urine Test Result Reports from the SAINT/HIDTA Unit.

401 New York Avenue NE, 2nd Floor, Washington, D.C. 20002      **EXHIBIT**
Telephone: (202) 675-9110      Fax: (202) 675-9129                  10

Name: SMITH, Albert ●.                                    DATE: April 12, 2000
DCDC # 160-733
Subject: Report of Alleged Violations

---

4. Mr. Smith failed to carry out the Community Supervision Officer's instructions on or about 1/8/00 and 1/15/00 (report for orientation for weekly urinalysis) in violation of parole condition #10 as evidenced by Field Sheet Entry dated 1/10/00 and 2/1/00. (Code 1003)

5. Mr. Smith failed to carry out the Community Supervision Officer's instructions on or about 3/27/00 and 3/29/00 (report for weekly urinalysis) in violation of parole condition #10 as evidenced by Weekly Urine Test Result Reports from the SAINT/HIDTA Unit. (Code 1003)

6. Mr. Smith failed t report on or about 3/27/00, 3/29/00 and 4/3/00 (SAINT/HIDTA Groups) as directed on or about 3/3/00 in violation of parole condition #10 as evidenced by Field Sheet Entry dated 4/11/00. (Code 1004)

7. Mr. Smith failed to report on or about 4/10/00 as directed on or about 4/7/00 and 4/10/00 in violation of parole condition #10 as evidenced by Field Sheet Entry dated 4/7/00 and 4/10/00. (Code 1004)