# EXHIBIT 11

# DISTRICT OF COLUMBIA BOARD OF PAROLE



**WARRANT**

NUMBER: PE-36484-00

TO: **Any Officer of the D.C. Department of Corrections. Any Police Officer or Federal Officer Authorized to Serve Criminal Process**

RE: NAME : SMITH, ALBERT E
    ALIAS: SMITTY, WAYNE THOMAS

SSN# 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
DCDC# 160-733
PDID# 221120
FBI# 570471 G
DOB: 01/04/1950
SEX: MALE

DISTINGUISHING MARKS:

RACE: BLACK
EYES: BLACK

SENTENCE TYPE: ADULT

HAIR: BLACK
HEIGHT: 6 ft 1 in

PAROLE OFFICER: PATTERSON, Kisha

WEIGHT: 170 lbs
COMPLEXION: MEDIUM

LAST KNOWN ADDRESS: 1818 POTOMAC AVE, SE    Psa: 109
                             WASHINGTON, DC 20003

SUBJECT'S LOCATION: At large __x__    Confined in _____

Whereas the above-named person is under sentence in the District of Columbia for the crime(s) of Burglary II; Armed Robbery
and was on the 28th of September, 1998 released on parole from the D. C. Jail,
And whereas reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice,

YOU ARE HEREBY COMMANDED TO TAKE SAID PAROLEE, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PAROLEE TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, EXCEPT IF SAID PAROLEE IS ALREADY IN THE CUSTODY OF FEDERAL, STATE OR DISTRICT OF COLUMBIA AUTHORITIES, <u>DO NOT EXECUTE THIS WARRANT.</u> PLACE A DETAINER AND NOTIFY THE D.C. BOARD OF PAROLE. ALSO, IF ANOTHER CRIMINAL WARRANT HAS BEEN ISSUED FOR THIS PAROLEE, EXECUTION OF SUCH CRIMINAL WARRANT <u>SHALL TAKE PRECEDENCE.</u> IMMEDIATELY NOTIFY THE D.C. BOARD OF PAROLE WHEN ITS WARRANT IS EXECUTED.

WITNESS my hand and the seal of this Board this
A TRUE COPY
TEST

10th day of May 2000

_____
Director, Michael Green
Parole Determination
D.C. Board of Parole

_____
Member, D.C. Board of Parole

\* FYCA case ONLY: This warrant expires at 12:01 a.m. on _____, 19___
and the person named MUST NOT be held beyond that time.

**EXHIBIT**
11