# EXHIBIT 12

Court Services and Offender Supervision Agency
for the District of Columbia
**Board of Parole - Office of the Board**
Washington, DC

# EXECUTED WARRANT TRANSMITTAL

**TO:** US Parole Commission

**FROM:** DC Board of Parole

**SUBJECT:** SMITH, ALBERT
Offender's Name

_160-733_     _01-04-50_
DCDC#           DOB

**RE:** Parole Warrant # P_36484-00_

Attached, please find documentation that the above-referenced parole warrant has been executed. The Board's decision-making case file for this parolee:

[ ]  Is attached to this transmittal. Pursuant to the transfer of authority established by the *National Capital Revitalization & Self-Government Improvement Act of 1997*, jurisdiction over the above-referenced warrant is hereby transferred to the US Parole Commission (USPC). A true copy of the warrant has been provided to the US Marshals, and automated records on this warrant have been appropriately modified.

[X]  Was transferred to the USPC on _08-11-00_.

Verified on _08-17-00_ by _JReid_
on behalf of the DC Board of Parole.

*Executed 08-07-00 & discovered in transfer process!*

cc: US Marshals Service

808 17th Street, NW, Suite 820, Washington, DC 20006
Telephone: (202) 254-2514   Fax: (202) 254-2517

**EXHIBIT 12**