# EXHIBIT 13

**U.S. Department of Justice**
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

**Notice of Action**

---

Name: SMITH, Albert E.                        Institution: D.C. Jail

Register Number: 00160+733                    DCDC No.: 160-733

In the case of the above-named, the following parole action was ordered:

Release from custody forthwith of warrant dated May 10, 2000, terminate the revocation process and continue on supervision. You shall report to a Community Supervision Officer immediately upon release at D.C. Court Services & Offender Supervision Agency, 300 Indiana Avenue, N.W., Room 2010, Washington, D.C. 20001.

**REASONS**:

Your case has been reviewed pursuant to the emergency procedure for reduction of the backlog of D.C. revocation cases. If new violations of parole are reported to the Commission, you may be required to answer the charges from which you are now being released.

cc:    Williette Copeland
       D.C. Court Services & Offender Supervision Agency
       300 Indiana Avenue, N.W., Room 2010
       Washington, D.C. 20001

       D.C. Court Services & Offender Supervision Agency
       Warrant Management and Data Analysis
       808 17th Street, N.W., Suite 820
       Washington, D.C. 20006

       United States Marshal
       D.C. Superior Court
       500 Indiana Avenue, N.W., Room C-250
       Washington, D.C. 20001

Date: November 3, 2000                                    Clerk: adc

**EXHIBIT 13**

Page 1 of 1                                               SMITH.160