# EXHIBIT 14

# ● W A R R A N T ●
## D.C. Code Offender

## U.S. Department of Justice
United States Parole Commission

**To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:**

WHEREAS, Smith, Albert, (DCDC No. 160-733), PDID No. 221-120 was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 21 years for the crime of Burglary II while Armed; Armed Robbery  and was on September 28, 1998 released on mandatory release with good time credits from D.C. Dept. of Corrections with 1277 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205 and 24-1231 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody. ·

WITNESS my hand and the seal on March 6, 2001.

_____
U.S. Parole Commissioner



**EXHIBIT** 14

## WARRANT For Return Of Prisoner Released To Supervision

Name: **Smith, Albert**                                    Reg. No.

DCDC No. **160-733**          PDID No. **221-120**          Institution: **D.C. Dept. of Corrections**

## UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE:  Do not execute this warrant if subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

_____ District of _____ ss:

Received this writ the _____ day of _____, 20_____, and executed same by arresting the

within-named _____

this _____ day of _____ , 20_____ , at

_____ and committing him to _____

_____
*U.S. Marshal*

By  _____
*Deputy Marshal*

Further executed same by committing him to _____

at _____ on _____ , 20_____ , the institution

designated by the Attorney General, with the copy of the warrant and warrant application.

_____
*U.S. Marshal*

By  _____
*Deputy Marshal*

Note:  The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland  20815.

## ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated _____

_____                    _____
*Prisoner's Signature*                                    *Date*

*(If prisoner refuses to sign, Marshal should so indicate.)*