# EXHIBIT 16

|  |  |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | Notice of Action |

Name: SMITH, Albert                                    Institution: Central Facility

Register Number: 00111-000                             DCDC No.: 160-733

In the case of the above named the following parole action was ordered:

### DC Local Revocation:

Revoke parole. None of the time spent on parole shall be credited. Time spent in confinement from 08-07-2000 to 01-03-2000 is to be credited toward service of the sentence. Parole effective after the service of 12 months (01-17-2002). You shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the DC Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

**NOTE**: It is requested that CSOSA investigate placement directly into a residential drug treatment program immediately following your release on parole.

### FINDINGS OF FACT:

The Commission finds as a fact that you violated the condition of release as indicated below:

Charge No. 1: Use of Dangerous and Habit Forming Drugs.

Basis: Your admission to the hearing examiner and information contained in letter dated 04/12/2000 and lab reports from USPO Patterson.

Charge No. 2: Failure to Report as Directed.

Basis: Your admission to the hearing examiner and information contained in letter dated 04/12/2000 from USPO Patterson.

Charge No. 3: Failure to Report as Directed.

Basis: Your admission to the hearing examiner and information contained in letter dated 01/16/2001 from USPO Collins.

Date: October 29, 2001                                                                 Clerk: adc

USM-District of Columbia - District Court    Page 1 of 3                       SMITH.00T

EXHIBIT 16

REASONS:

Your parole violation behavior has been rated as Category One severity because it involved administrative violations, specifically: administrative violations of parole. Your new salient factor score is 3. As of your hearing date of 10/11/2001, you have been in custody for 9 months. Guidelines established by the Commission indicate a customary range of 12-16 months to be served before release. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not found warranted.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your Supervision Officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

See the attached sheet for an explanation of the Salient Factor Score and your item individual points.

cc:

U.S. Marshal
District of Columbia - District Court
333 Constitution Avenue, N.W.
Room 7337
Washington, D.C. 20001
Attn: Warrant Squad

CSS Management Group
Attn: Sharon Barnes-Durbin, SCSA
300 Indiana Avenue, NW
Second Floor, Suite 2149
Washington, DC 20001

Attorney Masor
633 Indiana Avenue, NW
Washington, DC

Date: October 29, 2001                                                  Clerk: adc

USM-District of Columbia - District Court    Page 2 of 3                SMITH.001

| Your Pts | SFS-98 Item Explanations |
|---|---|
| 0 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | B - Prior commitments of more than 30 days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 2 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | D - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 1 | F - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from items A-E above is 9 or less) = 1; Otherwise = 0 |
| 3 | Total Salient Factor Score (SFS-98) (sum of points for A - F above) |

| Points For SFS-98 Item C | | | |
|---|---|---|---|
| Age | Prior Commitments | | |
| | 0-1 | 2 | 3+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

Date: October 29, 2001                                              Clerk: adc

USM-District of Columbia - District Court   Page 3 of 3            SMITH.001