# EXHIBIT 17



U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

Notice of Action

| | |
|---|---|
| Name: Smith, Albert | Institution: D.C. CCM |
| Register Number: 00111-000 | DCDC No.: 160-733 |

In the case of the above named the following parole action was ordered:

Reopen and retard parole effective date of January 17, 2002 by 42 days and parole effective (February 28, 2002).

**With the special condition(s) as indicated below:**
You shall be subject to the Special Drug Aftercare Condition. You shall participate as instructed by your supervision officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

Note: It is requested that CSOSA investigate placement directly into a residential drug treatment program immediately following your release on parole.

The above decision is not appealable.

**REASONS:**

Your release date is being retarded, pursuant to 28 C.F.R. 2.83.

cc:  CSS Data Management Group  
Att: Sharon Barnes-Durbin, SCSA  
300 Indiana Avenue, N.W.  
Second Floor, Suite 2149  
Washington, D.C. 20001

Hope Village CCC  
2840 Langston Place, S.E.  
Washington, D.C. 20020

Date: January 14, 2002                                                Clerk: OMG

BOP-D.C. CCM                    Page 1 of 1                    SMITH EXHIBIT 17