# EXHIBIT 18

| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | Notice of Action |

Name: Smith, Albert

Register Number: 00111-000

Institution: Northern Neck Regional Jail

DCDC No.: 160-733

In the case of the above named the following parole action was ordered:

Reopen and retard parole effective date of February 28, 2002 and schedule for a rescission hearing on the next available docket.

The above decision is **NOT APPEALABLE**.

The purpose of a rescission hearing ordered by the U.S. Parole Commission is to decide whether a deferral of your parole date is warranted based on the charge(s) listed below. At your hearing, you may present documentary evidence (including written statements of witnesses) in mitigation of your misconduct.

REASONS:

Your release date is being retarded pursuant to 28 C.F.R. 2.86 because on February 25, 2002 you were found guilty by a Disciplinary Hearing Officer of Use of Non-prescribed Narcotics or Paraphernalia.

cc:  CSS Data Management Group
300 Indiana Avenue, NW
Second Floor, Suite 2149
Washington, D.C. 20001
Att: Sharon Barnes-Durbin, SCSA

Steve Grinley
Case Manager Coordinator
D.C. CCM
Federal Bureau of Prisons
800 N. Capitol Street, N.W.
Suite 270
Washington, D.C. 20002

Date: March 13, 2002

Clerk: omg

BOP-D.C. CCM          Page 1 of 1          SMITH.111

EXHIBIT 18