# EXHIBIT 19

**Notice of Action**

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Name: Smith, Albert
Register Number: 00111-000
DCDC No: 160-733

Institution: Central Detention Facility

Date: May 6, 2002

In the case of the above-named, the following parole action was ordered:

Rescind parole grant effective date of 02-28-2002. Parole effective (10-28-2002). This requires the additional service of 8 months.

NOTE: Pursuant to 28 C.F.R. §2.82, your parole effective date is contingent upon approval of your release plan by the Commission. Your release plan will be investigated by the D.C. Court Services and Offender Supervision Agency, which will submit a report to the Commission before a parole certificate can be delivered.

You shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

**FINDINGS OF FACT:**

The Commission finds as a fact that you committed the following violations:

CHARGE NO. 1: You tested positive for cocaine on 01-17-2002.

Basis: DHO finding dated 02-25-2002.

**REASONS:**

You have committed 1 drug-related infraction(s). Guidelines established by the Commission indicate a range of up to 8 months be added to your guideline range for each drug-related infraction.

Your rescission guideline range is 0-8 months to be added to your original parole effective date of 02-28-2002. After consideration of all relevant factors and information presented, a departure from the guidelines at this consideration is not warranted.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:     Sharon Barnes-Durbin, SCSA
        CSS Data Management Group
        D.C. Court Services & Offender Supervision Agency
        300 Indiana Avenue, N.W., Suite 2149
        Washington, D.C. 20001

