# EXHIBIT TWO

U.S. Department of Justice
United States Parole Commission
Chevy Chase, MD 20815

# Notice of Action

| | | | |
|---|---|---|---|
| Name | SMITH, Albert E. | | |
| Register Number | 00111-000 | Institution | Lewisburg |

In the case of the above-named parole action was ordered:

Continue for a rehearing in April 1992.

**REASONS:**

You have a score of 5 points under the District of Columbia parole guidelines. See attached point assignment grid. Those guidelines indicate that parole should not be granted at this time. After consideration of all factors and information presented, a departure from the guidelines at this consideration is not found to be warranted.

**Appeals Procedure:**
\_\_\_\_\_ The above decision is appealable to the National Appeals Board under 28 C.F.R. 2.26;
\_\_\_\_\_ The above is an original jurisdiction decision, and is appealable to the Commission under 28 C.F.R. 2.27;
\_\_✓\_\_ THE ABOVE DECISION IS NOT APPEALABLE.

~~May 22, 1991~~                                         X                      alj
(Date of Notice)         (Region)         (National Commissioners)         (Docket Clerk)

( ) Inmate   ( ) Institution   ( ) Admin. Systems Manager   ( ) U.S. Probation Officer   (✓) Commission   ( ) FOIA

EXHIBIT 2

**ADMINISTRATIVE REVIEW - D.C. CASE**