# EXHIBIT 21

# WARRANT
## D.C. Code Offender

**U.S. Department of Justice**
**United States Parole Commission**

To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:

WHEREAS, Smith, Albert, Reg. No. 00111-000, DCDC No. 160-733, was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 21 years (original); 1456 days (parole violator term) for the crime of Burglary II While Armed; Armed Robbery; Armed Robbery and was on 10/28/2002 released on parole from Schuylkill FCI with 883 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on October 22, 2003

*[signature]*
U.S. Parole Commissioner

Smith, Albert
Reg. No. 00111-000    DCDC No. 160-733

EXHIBIT
21

## WARRANT For Return Of Prisoner Released To Supervision

Name: Smith, Albert                            Institution: Schuylkill FCI
Reg. No. 00111-000                             DCDC No. 160-733

### UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

District of _Columbia_ ss:

Received this writ the _10_ day of _Nov_, 20 _03_, and executed same by arresting the within-named _Albert Smith_ this _10_ day of _Nov_, 20 _03_, at _11:50 A_ and committing him to _DC Jail_

_George Wilsh_
U.S. Marshal

_Eric Villase_
Deputy Marshal

Further executed same by committing him to _____
at _____ on _____, 20____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

_____
Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

### ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated _Oct 22, 2003_

_Albert Smith_                    _Nov 10, 2003_
Prisoner's Signature              Date

(If prisoner refuses to sign, Marshal should so indicate.)