# EXHIBIT 27

# HEARING SUMMARY

**Name:** Smith, Albert                                          **Reg No:** 00111-000

**Hearing Parameters**

| | |
|---|---|
| Hearing Type | **Revocation (Local)** |
| Hearing Date | 6/16/05 |
| Examiner | Casey Skvorc |
| Institution | D.C.-Correctional Treatment Facility |
| Second Designation | None |

**Sentence Parameters**

| | |
|---|---|
| Sentence Type | **DC Parole Eligible** |
| MR/Statutory Release Date | 1/13/06 |
| Full Term Date | 3/23/06 |
| Months in Custody | 3 as of 7/5/05 |
| Detainer | |

**Warrant Parameters**

| | |
|---|---|
| Supervision | **Parole** |
| Revoking District & Office | CSOSA – Washington, DC |
| Warrant Execution Date | 4/7/05 |
| Probable Cause Date | 4/12/05 |

**Additional text regarding the above parameters:** None

---

**Prior Action:** Pre-Hearing Assessment dated May 20, 2005.

**Counsel:** Vincent Haskell of the Public Defender Service.

**Witnesses:** Calvin Smith, Community Supervision Officer (hereinafter referred to as CSO) and Wanda James, a voluntary witness.

**Procedural Considerations:** None

**Charges:**

**Charge No. 1 - Use of Dangerous and Habit Forming Drugs**
   **Evidence Presented:** The subject admitted the above charge. The subject claims that his CSO advised him that he could not receive any drug treatment unless he began using drugs again. Testimony was taken from the CSO regarding this allegation, and it was strongly denied. The CSO provided documentation that he

Smith, Albert, Reg. No. 00111-000                          Page 1 of 3       **EXHIBIT 27**

had provided several types of drug treatment for the subject. None of these treatments required the subject to have a positive drug usage.
**Findings of Fact:** This Examiner finds that the subject violated the conditions of release as indicated in the above charge.
**Basis:** Your admission to the Examiner at the Revocation Hearing.

### Charge No. 2 - Failure to Submit to Drug Testing
**Evidence Presented:** The subject admitted the above charge. The subject testified after he began using drugs, he did not report for his urine analysis.
**Findings of Fact:** This Examiner finds that the subject violated the conditions of release as indicated in the above charge.
**Basis:** Your admission to the Examiner at the Revocation proceeding.

### Charge No. 3 - Failure to Report to Supervision Officer as Directed
**Evidence Presented:** The subject admitted the above charge. The subject stated that he was unaware of one meeting date, that of March 1, 2005, and admitted to the other missed appointments. The CSO provided testimony that the subject may have not been aware of the single meeting date.
**Findings of Fact:** This Examiner finds that the subject violated the conditions of release as indicated in the above charge.
**Basis:** Your admission to the Examiner at the Revocation Hearing.

### Charge No. 4 - Violation of Special Condition (Drug Aftercare)
**Evidence Presented:** The subject admitted the above charge. The subject stated that he was not aware that he was to report for an evaluation on the date in question. The CSO provided testimony that the subject may not have been aware of that date. Testimony was also taken from Wanda James, a friend of the subject, who is a clearinghouse of information through her non-profit organization regarding drug treatment in the community. The voluntary witness testified that her relationship with the subject has been one of mutual trust and confidence. She also provided testimony of the drug treatment that she has recommended and lined up in the community for the subject after he is eventually released.
**Findings of Fact:** This Examiner makes no finding concerning the above charge.
**Basis:** There is insufficient evidence to make a finding in the above charge.

**Discipline:** None

**Release Plans:** The subject hopes to resume his drug treatment when he is released from custody.

## Guideline Parameters

**Severity Justification:**   Category 1 because it involved administrative violations.
**Salient Factor Score:**   2

**Re-parole Guideline Range:**. 12-16 months
**Disciplinary Guideline Range:**.................0
**Total Guideline Range:**......... 12-16 months

**Evaluation:** The subject has approximately 9 months remaining on his sentence. The subject hopes to resume drug treatment when he is returned to the community. His claims that he was advised to resume his use of

drugs by his CSO is not credible. The credible testimony of the CSO that several drug treatment programs were provided for the subject, which did not require a positive usage of drugs, was far more believable.

**Recommendation:** Revoke parole. None of the time spent on parole shall be credited. Continue to Expiration.

**Conditions:** None

**Statutory Interim Hearing:** N/A

**Guideline Use:** A departure from the guidelines at this consideration is not warranted.

**Additional Text:** None

**Executive Reviewer's Comments:**

CXS/SDS
June 20, 2005

**Smith, Albert, Reg. No. 00111-000**                                **Page 3 of 3**