EXHIBIT 28

U.S. Department of Justice                                **Notice of Action**
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: SMITH, Albert                            Institution: D.C. CTF
Register Number: 00111-000
DCDC No: 160-733                               Date:    July 7, 2005

As a result of the hearing conducted on June 16, 2005 the following action was ordered:

### DC Local Revocation:

Revoke parole. None of the time spent on parole shall be credited. Deny re-parole. Continue to expiration.

In addition to the information available at the time of the revocation hearing, the Commission has also considered the letter dated July 5, 2005 for your court appointed attorney with a letter from EVE International, Inc. attached thereto. After considering all of the factors in your case, including this new information, the Commission has decided that the above decision is appropriate.

### FINDINGS OF FACT:

The Commission finds as a fact that you violated conditions of release as charged as indicated below:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs.

Charge No. 2 - Failure to Submit to Drug Testing.

Charge No. 3 - Failure to Report for Supervision.

Basis for the above stated finding(s): Your admission to the Examiner at the Revocation Hearing.

The Commission makes no findings concerning the following charge:

Charge No. 4 - Violation of Special Condition (Drug Aftercare).

Basis for the above stated finding(s): Insufficient evidence to make a finding in the above charge.

**EXHIBIT** 28

**REASONS**:

Your parole violation behavior has been rated as administrative violation(s) of Category One severity. Your salient factor score is 2. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. As of June 5, 2005 you have been in confinement as a result of your violation behavior for a total of 2 month(s). Guidelines established by the Commission indicate a customary range of 12-16 months to be served before release. After review of all relevant factors and information, a decision below the guidelines is required because your mandatory release date limits the time you will serve to less than the bottom of the guideline range.

THE ABOVE DECISION IS APPEALABLE.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:    D.C.-Federal Billing Unit
       D.C. Department of Corrections
       Washington, D.C. 20003

       U.S. Marshals Service
       District of Columbia - District Court
       333 Constitution Ave., N.W., Room 1400
       Washington, D.C. 20001
       Warrants - Attn: Sean McLeod

       U.S. Probation Office
       General Supervision Unit VII-Team 4
       CSOSA
       25 K Street, N.E.
       Washington, D.C. 20002

       Vincent Haskell
       Public Defender Service
       District of Columbia
       Special Proceedings Division
       633 Indiana Avenue, N.W.
       Washington, D.C. 20004

       CSS Data Management Group
       D.C. Court Services & Offender Supervision Agency
       300 Indiana Avenue, N.W., Suite 2070

Queued: 07-07-2005 10:05:25 BOP-D.C.-Correctional Treatment Facility | BOP-D.C.-Federal Billing Unit | USPO-General Supervision Unit VII-Team 4, 25 K Street | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |

Washington, D.C. 20001



Queued: 07-07-2005 10:05:25 BOP-D.C.-Correctional Treatment Facility | BOP-D.C.-Federal Billing Unit | USPO-General Supervision Unit VII-Team 4, 25 K Street | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |



## SALIENT FACTOR SCORE (SFS-98)

**Your Pts**   **Salient Factor Score (SFS-98) Item Explanations**

0   A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0

0   B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0

1   C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile)
(see table below for an explanation)

0   D - Recent commitment free period (three years)
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such
commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

0   E - Probation/parole/confinement/escape status violator this time
Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a
probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

1   F - Older offenders
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items
A-E above is 9 or less) = 1; Otherwise = 0

2   Salient Factor Score (SFS-98) (sum of points for A-F above)



Queued: 07-07-2005 10:05:25 BOP-D.C.-Correctional Treatment Facility | BOP-D.C.-Federal Billing Unit | USPO-General
Supervision Unit VII-Team 4, 25 K Street | USM-District of Columbia - District Court, D.C. District Court | FPD-District of
Columbia, District of Columbia - DC |