# EXHIBIT THREE

    # The Board of Parole
of the
District of Columbia    

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

DCDC 160-733         NAME  ALBERT E SMITH

DOB   01/04/1950     SSN - -        LOCATION  MAXIMUM

DOCKET H9211-0058    CONSIDERATION TYPE  H:RECONSIDERAT

The District of Columbia Board of Parole issues the following **ORDER:**

DENY PAROLE; RECONSIDER FOR PAROLE BY 11/19/1993

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

COMPLETE DAAPT
PROGRAM PARTICIPATION
WORK DETAIL
NO NEW DISCP. REPORTS

Remarks:

11/24/1992
Date

Seal

Chairman
on behalf of the Board of Parole

[ Suspense ]

**EXHIBIT 3**