# EXHIBIT FOUR




# The Board of Parole
## of the
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

DCDC 160-733          NAME ALBERT E SMITH

DOB 01/04/1950        SSN - -        LOCATION CCC #4

DOCKET H9310-0092     CONSIDERATION TYPE H:RECONSIDERAT

The District of Columbia Board of Parole issues the following **ORDER**:

CONTINUE CASE FOR PROGRESS REPORT BY 03/26/1994

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

WORK DETAIL
NO NEW DISCP. REPORTS / over-all adjustment
Urine results

Remarks:

cfc, 11/16/93

_____
11/01/1993
Date

                                    Seal

NOA Date 11/23/93 by _____

_____
Chairman
on behalf of the Board of Parole

[ Parole Determination File ]

EXHIBIT 4