# EXHIBIT FIVE




# The Board of Parole
## of the
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

DCDC  160-733                    NAME   ALBERT E SMITH

DOB   01/04/1950                 SSN - -            LOCATION  OCCOQUAN FACILT

DOCKET  D9409-0020               CONSIDERATION TYPE  N:REC CONT/PR

The District of Columbia Board of Parole issues the following **ORDER**:

DENY PAROLE; RECONSIDER FOR PAROLE BY 11/01/1994

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

PROGRAM PARTICIPATION
NO NEW DISCP. REPORTS
WORK TRAINING PROGRAM
COMPLETE SUBS. ABUSE PROG

Remarks:

10/03/1994
Date

Seal

NOA Date  10·7·94   by _____

_____
Chairman
on behalf of the Board of Parole

[ Parole Determination File ]

**EXHIBIT**
5