# EXHIBIT SIX






# The Board of Parole
## of the
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

**DCDC** 160-733                **NAME** ALBERT E SMITH

**DOB** 01/04/1950             **SSN** - -          **LOCATION** MEDIUM

**DOCKET** H9504-0073     **CONSIDERATION TYPE** H:RECONSIDERAT

The District of Columbia Board of Parole issues the following **ORDER**:

DENY PAROLE; RECONSIDER FOR PAROLE BY 11/01/1995

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

COMPLETE SUBS. ABUSE PROG
NARCOTICS ANONYMOUS
WORK DETAIL
COMPLETE GED

Remarks:

05/03/1995
---
Date

A TRUE COPY
TEST



Seal

Director, ……… ……… Green
Parole Determination
D.C. Board of Parole

_____
Chairman
on behalf of the Board of Parole

[ Parole Supervision ]

EXHIBIT
6