# EXHIBIT SEVEN

 

# The Board of Parole
## of the
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

| | | |
|---|---|---|
| DCDC 160-733 | NAME ALBERT E SMITH | |
| DOB 01/04/1950 | SSN 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 | LOCATION MAXIMUM |
| DOCKET H9607-0005 | CONSIDERATION TYPE H:RECONSIDERAT | |

The District of Columbia Board of Parole issues the following **ORDER**:

    GRANT PAROLE TO SUPERVISION

Implementation of this Order shall include the following:
Special Conditions of Parole

    REFER/DOC CMTY-B PROGRAM
    NARCOTICS SURVEILLANCE
    REFER/INTENSIVE SUPERV.
    NARCOTICS ANONYMOUS
    OUTPATIENT DRUG PROGRAM

Remarks:

07/15/1996
Date

*Margaret Quick* - 1

Chairman
on behalf of the Board of Parole

Seal

NOA Date 8/1/96, by Dudley
M.J. Wms. 7-30-96

[ Parole Determination File ]

**EXHIBIT 7**