# EXHIBIT EIGHT

 

# The Board of Parole
## of the
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

| | | |
|---|---|---|
| DCDC 160-733 | **NAME** ALBERT E SMITH | |
| DOB 01/04/1950 | SSN 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 | **LOCATION** MINIMUM |
| DOCKET D9706-0120 | **CONSIDERATION TYPE** N:REC CONT/PR | |

The District of Columbia Board of Parole issues the following **ORDER**:

> RESCIND GRANT OF 07/15/1996 AND DENY PAROLE; RECONSIDER FOR PAROLE BY 04/22/1998

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

> NO NEW DISCP. REPORTS
> NARCOTICS ANONYMOUS

Remarks:

> Decision and set-off based upon subject's serious negative institutional behavior.

07/03/1997
Date

A TRUE COPY Seal
TEST

_Margaret Quick_ - 1
Chairman
on behalf of the Board of Parole

[ Suspense ]

**EXHIBIT 8**