# EXHIBIT NINE





# The Board of Parole
## of the
## District of Columbia

### NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:
DCDC 160-733  **NAME** ALBERT E SMITH
DOB 01/04/1950  **SSN** 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  **LOCATION** OCCOQUAN FACILT
DOCKET H9805-0049  **CONSIDERATION TYPE** H:RECONSIDERAT

The District of Columbia Board of Parole issues the following **ORDER:**

DENY PAROLE; RELEASE AT MANDATORY DATE

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

ADHERE TO C&P PROG RECOMM

Remarks:

06/08/1998
Date

A TRUE COPY TEST
Seal
*Michael Green*
Director
Parole Determination
D.C. Board of Parole

*Margaret Quick* - 1
Chairman
on behalf of the Board of Parole

[ Parole Supervision ]

**EXHIBIT 9**