UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALBERT EARLE SMITH, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No. 05-1546 (CKK) |
| : | |
| FRED FIGUEROA, WARDEN, : | |
| : | |
| Respondent. : | |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, on hereby

ORDERED that the Order to Show Cause [Dkt. #4] is DISCHARGED, and it is further

ORDERED that the petition for writ of habeas corpus [Dkt. #1] is DENIED, and it is further

ORDERED that this action is DISMISSED WITHOUT PREJUDICE, and it is further

ORDERED that the Clerk of Court shall mail a hard copy of this Order and the accompanying Memorandum Opinion to petitioner at his address of record.

This is a final appealable Order. See Fed. R. App. P. 4(a).

SO ORDERED.

/ s /
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date:   October 24, 2005