United States District Court
For The District of Columbia
Civil Division

Albert Earle Smith, Jr.                                          pro se

    Petitioner           C.A. No. 05-1546
                                Honorable Judge
V.                              Colleen Kollar-Kotelly

U.S. Parole Commission et al.,

    Respondents

## Motion For Enlargement of Time

Comes now petitioner, Albert Earle Smith, Jr. pro-se, respectfully submits this motion for an enlargement of time to file petitioner's opposition to respondent's pleading which seeks denial of petitioner's writ of habeas corpus.

In view of the fact that mail, legal mail specifically coming from this Court and the U.S. attorney's is consistently intercepted and withheld either by Rivers Personnel or Rocky Mountain Post Office or both, petitioner is having a hard time in getting his responses to this Court in the above case number. Enclosed please find the envelope which was returned to petitioner for the previous reason of insufficient

(1)

address. Although petitioner has most recently is in attempt to re-mail his opposition to respondent Fred Figueroa again, that said envelope initially contained petitioner's opposition but was returned.

Also, any/all legal mail coming from this Court on any case, and legal responses from any respondent is "Not Honored" by "RCI" officials as being legal mail and is opened, re-sealed and delivered with the regular mail. Which means RCI officials open all my legal mail and "Read it" before it comes to me. It will be hard for petitioner to mail his oppositions while such forces are at play against him. Thus, petitioner will need time up to and including December 15, 05 to file his opposition to Respondent U.S. Parole Commission. Whether or not said opposition will leave the state of NC is another matter.

Most Respectfully Submitted
Mr. Albert Earle Smith, Jr.
00111-000  PO Box 630
Rivers Correctional Institution
Winton, NC. 27986

Date: 10-21-05